**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of Comerica v. MJ/JC Enterprises, et. al. | Case Number: | 1:08-cv-4194 |
| | | Judge Anderson |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Comerica Bank**

NAME: Kurt M. Carlson

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/Kurt M. Carlson

FIRM  Tishler & Wald, Ltd.

STREET ADDRESS   200 South Wacker Drive, Suite 3000

CITY/STATE/ZIP   Chicago, IL  60606

| ID NUMBER   06236568 | TELEPHONE NUMBER   (312) 876-3800 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                         APPOINTED COUNSEL